UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ACTIVE MORTGAGE, LLC

VERSUS

TRANS UNION, LLC, ET AL.

CIVIL ACTION

NO. 09-986-JJB

## ORDER

Considering the foregoing ruling on the motion for preliminary injunction;

IT IS ORDERED that the Temporary Restraining Order be dissolved.

Baton Rouge, Louisiana, April 5, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA